# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3100

_____

Emma Jean Jones,                          *
                                          *
          Appellant,                      *
                                          *   Appeal from the United States
     v.                                   *   District Court for the
                                          *   Eastern District of Missouri.
McDonnell Douglas Aircraft                *
Corporation,                              *        [UNPUBLISHED]
                                          *
          Appellee.                       *

_____

Submitted: January 7, 1999
Filed: January 15, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Emma Jean Jones appeals from the district court's[1] dismissal with prejudice of her employment discrimination action. Having carefully reviewed the record and the parties' submissions, we conclude that the district court did not err. See Double D Spotting Serv., Inc. v. Supervalu, Inc., 136 F.3d 554, 557 (8th Cir. 1998) (de novo standard of review for Fed. R. Civ. P. 12(b)(6) dismissal). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.